**Motion Granted; Dismissed and Memorandum Opinion filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00433-CV

### RAPID SETTLEMENTS, LTD., Appellant

### V.

### SETTLEMENT FUNDING, LLC D/B/A PEACHTREE SETTLEMENT FUNDING AND SIMMIE BERNARD KING, Appellees

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2006-23366B**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 3, 2014. On August 15, 2013, appellant filed an amended unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.